

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00473-CR

Joel **PELLOT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2023-CRB-000102-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's judgment of conviction is AFFIRMED.

SIGNED March 19, 2025.

_Irene Rios_
Irene Rios, Justice